UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

SHAWN LUCIDI,

                      Plaintiff,

      v.                                      6:02-CV-1284

COMMISSIONER OF SOCIAL
SECURITY,

                      Defendant.
_____

APPEARANCES:                            OF COUNSEL:

SHAWN LUCIDI
Plaintiff pro se

GLENN T. SUDDABY                   WILLIAM H. PEASE
United States Attorney for the           Assistant U.S. Attorney
Northern District of New York
Attorney for Defendant

NORMAN A. MORDUE, DISTRICT JUDGE

## ORDER

     The above matter comes to me following a Report-Recommendation by Magistrate Judge Gustave J. DiBianco, duly filed on the 29th day of March, 2005. Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

     After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

     ORDERED, that:

     1. The Report-Recommendation is hereby approved.

    2.  The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

    IT IS SO ORDERED.

Dated: April 21, 2005
       Syracuse, New York

*/s/ Norman A. Mordue*
Norman A. Mordue
U.S. District Judge